# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−16−40580−cec |
| Fritz Clairvil | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−5674 | |
| DEBTOR(s) | |

## NOTICE OF HEARING ON CONFIRMATION

**Notice Is Hereby Given That:**

A hearing on confirmation of the Proposed Chapter 13 Plan filed by the above−captioned debtor(s), will be held before the Honorable Carla E. Craig , United States Bankruptcy Judge, on **April 13, 2016 at 10:00 AM** at the following location:

**United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 3529 − 3rd Floor, Brooklyn, NY 11201−1800**

Enclosed is a copy of the debtor(s) proposed chapter 13 plan for your review. Objections, if any, to the confirmation of the plan must be in writing and filed with the Clerk on or before the date of the hearing. If no objections are timely filed, the plan may be deemed to have been filed in good faith.

Dated: February 12, 2016

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLcnfhrg.jsp** [Notice of Hearing on Confirmation rev. 09/29/09]