UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION
-----------------------------------------------------------X    CHAPTER 13

IN RE:                                                                                    CASE NO. 16-40580-CEC

       Fritz Clairvil,

                                   Debtor.
-----------------------------------------------------------X

## OBJECTION TO PLAN

TO: Hon. Carla E. Craig, United States Bankruptcy Judge:

PRANALI DATTA, the undersigned, does hereby affirm to be true, under the penalties of perjury as follows:

1. I am an attorney duly admitted to practice in the State of New York and before the United States District Court for the Eastern District of New York. As the attorney for Wells Fargo Bank, N.A., I am fully familiar with the facts and circumstances set forth herein. I submit this Affirmation in opposition to the plan submitted by the debtor.

2. Wells Fargo Bank, N.A. is the holder of a first mortgage secured by the debtor's residence located at 8423 Avenue N a/k/a 1384 Avenue N, Brooklyn, NY 11236 with an unpaid principal balance due in the amount of $263,944.66.

3. A proof of claim is being submitted by Wells Fargo Bank, N.A. for the first mortgage, that will set forth arrears at the time of filing in the amount of approximately $125,390.95.

4. The Debtor's proposed Plan provides for the payment of $102,000.00, in arrears and is insufficient to cure the full $125,390.95 in mortgage arrears and Wells Fargo Bank, N.A. rejects the Plan. Thus, the proposed Plan cannot be confirmed under the Bankruptcy Law. 11 U.S.C. Section 1325(a) (5) (A),

(B). The Debtor is also attempting to reduce Wells Fargo Bank, N.A.'s, claim in contravention of the United States Bankruptcy Code.

WHEREFORE, Wells Fargo Bank, N.A. rejects the debtor's Plan, as proposed, and respectfully requests that the confirmation of the Chapter 13 Plan be denied, together with such other and further relief against the debtor as this Court deems just and proper.

Dated: Carle Place, New York
April 8, 2016

STEIN, WIENER & ROTH, L.L.P.

BY: PRANALI DATTA, ESQ.
Attorneys for Wells Fargo Bank, N.A.
Office & P.O. Address
One Old Country Road, Suite 113
Carle Place, New York 11514
(516) 742-1212

TO: Bruce Weiner, Esq.
Debtor's Attorney
Rosenberg Musso & Weiner LLP
26 Court Street, Suite 2211
Brooklyn, NY 11242

Michael J. Macco, Esq.
Trustee
2950 Express Drive South, Suite 109
Islandia, NY 11749

Fritz Clairvil
Debtor
8423 Avenue N
Brooklyn, NY 11236

U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION
-------------------------------------------------------------X  CHAPTER 13

IN RE:                                                                          CASE NO. 16-40580-CEC

   Fritz Clairvil,

                             Debtor.
-------------------------------------------------------------X

===============================================================

**OBJECTION TO PLAN**

===============================================================

                STEIN, WIENER & ROTH, L.L.P.
                Attorneys for Wells Fargo Bank, N.A.
                Office & P.O. Address
                One Old Country Road, Suite 113
                Carle Place, New York 11514
                (516) 742-1212
                63716/WELLS